TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00245-CR







Willie Ray Jordan, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NO. CR94-214, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for aggravated possession of a
controlled substance, namely: marihuana. Appellant has filed a motion to withdraw the appeal. 
No decision of this Court has been delivered. The motion is granted and the appeal is dismissed. 
See Tex. R. App. P. 59(b).




Before Chief Justice Carroll, Justices Aboussie and Jones


Appeal Dismissed on Appellant's Motion


Filed: August 23, 1995


Do Not Publish